WILLIAM DEALY

v.

JAMES MAY

1806

JOURNAL ENTRIES

1. Declaration filed; rule to plead . . . . . *Journal, infra,* *p. 38
2. Appearance; dismissal; judgment . . . . . . " 40
3. Rule to plead rescinded . . . . . . . . . " 40

PAPERS IN FILE

[None]